# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARL LEE JACOBS, III,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-25-444-ALM |
| | ) |
| **FRANK BISIGNANO,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff Carl Lee Jacobs III filed this action for review of the denial of Social Security benefits and applied for leave to proceed *in forma pauperis*. On April 28, 2025, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Doc. No. 3) recommending that Plaintiff's application for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Maxfield advised Plaintiff of his right to object to the Report and Recommendation by May 12, 2025. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. As of this date, Plaintiff has not filed an objection to the Report and Recommendation or sought additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 3) in its entirety. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is DENIED.

Plaintiff is advised that unless he pays the $405.00 filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 27th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge